### CHESHIRE.

---

### JENNE v. HARRISVILLE.

Foreign unwritten law, including the prevailing construction of a foreign statute, may be proved by competent witnesses, and is a matter of fact determinable at the trial term.

CASE. The plaintiff is a citizen of Vermont, and questions were raised as to the law of that state.

*N. B. Bryant* (of Massachusetts) *(Lane & Dole* with him), for the plaintiff, cited Gen. Sts. Vt., c. 72, s. 1, and c. 20; *Poultney* v. *Glover,* 23 Vt. 328; *Brown* v. *Ramsay,* 29 N. J. L. 117; *Guild* v. *Guild,* 15 Pick. 129; *Cromwell* v. *Benjamin,* 41 Barb. 558; *Hillsborough* v. *Deering,* 4 N. H. 86.

*Batchelder & Faulkner,* for the defendants, cited 2 Kent Com. 459; Sto. Conf. Laws, s. 101; Gen. Sts. Vt., c. 72, s. 1; *Kelley* v. *Davis,* 49 N. H. 187.

DOE, C. J. Foreign unwritten law, including the prevailing construction of a foreign statute, may be proved by competent witnesses, and is a matter of fact determinable at the trial term. *Leach* v. *Pillsbury,* 15 N. H. 137; *Beach* v. *Workman,* 20 N. H. 379; *Watson* v. *Walker,* 23 N. H. 471; *Pickard* v. *Bailey,* 26 N. H. 152; *Holton* v. *Gleason,* 26 N. H. 501; *Emery* v. *Berry,* 28 N. H. 485; *Taylor* v. *Barron,* 30 N. H. 100; *Ferguson* v. *Clifford,* 37 N. H. 87; *Kennard* v. *Kennard* [*ante* 303, 308]; *Dyer* v. *Smith,* 12 Conn. 384; *Holman* v. *King,* 7 Met. 384; *Kline* v. *Baker,* 99 Mass. 253; 1 Gr. Ev., ss. 486, 488; Sto. Conf. Laws, ss. 637–639

*Case discharged.*

CARPENTER, J., did not sit: the others concurred.